IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY<br>   COMMISSION,<br><br>                              Plaintiff,<br><br>                 v.<br><br>TRICORE REFERENCE LABORATORIES, a<br>New Mexico Corportation,<br><br>                              Defendants | )<br>)<br>)<br>)   **CIV**<br>)<br>)<br>)<br>)   **COMPLAINT**<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 ("ADA") and Title I of the Civil Rights Act of 1991 ("Civil Rights Act") to correct unlawful employment practices on the basis of disability and to provide appropriate relief in the public interest and to Rhonda Wagoner-Alison, who was adversely affected by such practices. As alleged with greater particularity below, Defendant Tricore Reference Laboratories unlawfully discriminated against Ms. Wagoner-Alison because of her disability, osteoarthritis due to diabetes, by failing to provide an effective reasonable accommodation to her disability and terminating her employment. Ms. Wagoner-Alison is substantially limited in one or more major life activities due to her disability and Defendant was aware of Ms. Wagoner-Alison's disability.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42

U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of New Mexico.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC") is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C.
§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Tricore Reference Laboratories ("Tricore" or "Defendant"), has continuously been a corporation doing business in the State of New Mexico and the city of Albuquerque. At all relevant times, Defendant has employed at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C.§ 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6. At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7. More than thirty days prior to the institution of this lawsuit, Rhonda Wagoner-Alison filed a charge of discrimination with the Commission alleging violations of Title I of the ADA by Defendant.

8. All conditions precedent to the institution of this lawsuit have been fulfilled.

9. Ms. Wagoner-Alison has osteoarthritis due to diabetes and is substantially limited in one or more major life activities, including but not limited to the major life activities of

walking, standing, caring for herself, and performing manual tasks. Ms. Wagoner-Alison is a person with a disability as defined by the ADA.

10. Ms. Wagoner-Alison was capable of performing the essential functions of the Registration Specialist position with or without reasonable accommodation.

11. Since at least June 6, 2007, Defendant engaged in unlawful employment practices at its Albuquerque, New Mexico facility, in violation of Section 102 of Title I of the ADA, 42 U.S.C. §12112. These unlawful employment practices include but are not limited to failing to reasonably accommodate her and terminating her because of her disability.

12. The effect of the practices complained of above were to deprive Ms. Wagoner-Alison of equal employment opportunities and otherwise adversely affect her status as an employee because of her disability.

13. The unlawful employment practices complained of above were intentional.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in unlawful termination on the basis of disability and any other employment practice which discriminates against employees on the basis of disability.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Rhonda Wagoner-Alison by providing appropriate backpay with prejudgment interest, in an amount to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

E. Order Defendant to make whole Rhonda Wagoner-Alison by providing compensation for past nonpecuniary losses resulting from the unlawful practices complained of above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

G.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

DATED this 29th day of September, 2009.

    JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

*s/Mary Jo Oneill*_____
MARY JO O'NEILL
Regional Attorney

*s/Sally Shanley*_____
SALLY C. SHANLEY
Supervisory Trial Attorney

*s/ Nancy Griffiths*
NANCY GRIFFITHS
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012

*s/Veronica Molina*
Veronica A. Molina
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Albuquerque Area Office
505 Marquette NW, Suite 900
Albuquerque, New Mexico 87102
(505) 248-5231

Attorneys for Plaintiff